```
QUIN DENVIR, Bar #49374
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULISA MARIELA ESCOBAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-01-276-LKK |
| Plaintiff, | ) |
| | ) REQUEST FOR ORDER AND ORDER |
| v. | ) RETURNING PASSPORT TO THE |
| | ) DEFENDANT |
| JULISA MARIELA ESCOBAR, | ) |
| Defendant. | ) |
| _____ | ) Judge: Hon. Peter A. Nowinski |

On or about August 16, 2001, an original passport of the above referenced defendant was deposited in the Clerks Office of the Eastern District of California, number 035688061, Receipt # 2026.

On or about July 30, 2002, Ms. Escobar was sentenced to two months BOP with a self-surrender date of August 30, 2002.  The case was thereafter transferred to the Central District of California where service of defendant's sentence was completed.

It is hereby requested that the defendant's passport be released to the defendant, Julisa Mariela Escobar, and that the Clerk of the

1  Court be directed to return the passport to the defendant which was
2  received by the Clerk on or about August 16, 2001.
3  Dated:  October 19, 2005.

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JULISA MARIELA ESCOBAR

**O R D E R**

IT IS HEREBY ORDERED that the original passport of Julisa Escobar be returned by the Clerk of the District Court to the Federal Public Defenders Office at 801 I Street, 3rd Floor, Sacramento, California, to the attention of MATTHEW C. BOCKMON, Assistant Federal Defender, who will return the passport to defendant, Julisa Escobar.

Dated:  October 26, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

Order Returning Passport                2