QUIN DENVIR, Bar #49374
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULISA MARIELA ESCOBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-01-276-LKK |
| Plaintiff, | |
| v. | REQUEST FOR ORDER AND ORDER EXONERATING BOND |
| JULISA MARIELA ESCOBAR, | |
| Defendant. | Judge: Hon. Peter A. Nowinski |

On or about August 27, 2001, a $20,000 appearance bond with a $1000.000 cash deposit, USDC Receipt # 204 1769, was posted by Gloria Escobar, on behalf of Julisa Mariela Escobar, Case No. CR-S-01-276-LKK.

On or about July 30, 2002, Ms. Escobar was sentenced to two months BOP with a recommendation to Southern California. A self-surrender date of August 30, 2002 was ordered and the case transferred to the Central District of California where service of sentence was completed.

It is hereby requested that the $20,000 secured appearance bond with a $1000.00 cash deposit be exonerated in the above-captioned case and that the Clerk of the District Court be directed to refund the

$1000.00 cash bond to the surety, Gloria Escobar, who posted the bond, USCD Receipt # 204 1769.

Dated:   October 19, 2005

                                            Respectfully submitted,

                                            QUIN DENVIR
                                            Federal Defender

                                            /s/ Matthew C. Bockmon
                                            _____
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JULISA MARIELA ESCOBAR

## **O R D E R**

IT IS HEREBY ORDERED that the appearance bond in the amount of $20,000.00 with a cash deposit of $1000.00, posted by Gloria Escobar, USCD Receipt # 204 1769, is hereby exonerated and the Clerk of the District Court is directed to refund the $1000.00 cash deposit back to the Surety, Gloria Escobar, received by the Clerk on August 27, 2001.

Dated:   October 26, 2005.

                                            /s/ Peter A. Nowinski
                                            PETER A. NOWINSKI
                                            Magistrate Judge